IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ISHMAEL H. OBAMA**  **PLAINTIFF**
**ADC # 145160**

v.  Case No. 4:20-cv-00255 KGB-JTR

**DEXTER PAYNE, Director,**
**Arkansas Department of Correction,** *et al.*  **DEFENDANTS**

## ORDER

    Before the Court is a recommended disposition submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 9). No objections have been filed, and the time for filing objections has passed. After a careful review, the Court concludes that the recommended disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (*Id.*). Accordingly, the Court grants plaintiff Ishmael H. Obama's motion to dismiss (Dkt. No. 3). The Court dismisses without prejudice Mr. Obama's complaint (Dkt. No. 2). The Court denies as moot Mr. Obama's motion for leave to proceed *in forma pauperis* (Dkt. No. 1). The Court grants Mr. Obama's most recent motion for copies (Dkt. No. 11), and the Court directs the Clerk to mail to Mr. Obama docket entries three through nine, along with a copy of the Order and Judgment entered today in this matter. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

    It is so ordered this 27th day of January, 2021.

*[signature: Kristine G. Baker]*

Kristine G. Baker
United States District Judge