IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ISHMAEL H. OBAMA**　　　　　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC # 145160**

v.　　　　　　　　　　　　**Case No. 4:20-cv-00255 KGB-JTR**

**DEXTER PAYNE, Director,**
**Arkansas Department of Correction,** *et al.*　　　　　　　　　　　**DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Ishmael H. Obama's complaint is dismissed without prejudice (Dkt. No. 2). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment would not be taken in good faith.

It is so adjudged this 27th day of January, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Kristine G. Baker
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge